| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-21209 / MBK**

Frederick L. Johnson

Petition Filed Date: 11/11/2024
341 Hearing Date: 12/12/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/18/2024 | $1,770.00 | | | | | | | |

**Total Receipts for the Period: $1,770.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,540.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Frederick L. Johnson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jonathan Goldsmith Cohen, Esq. »» AMD DISCLOSURE 11/11/24 | Attorney Fees<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 1 | FIRST PORTFOLIO VENTURES II, LLC »» BARCLAYS BANK DE | Unsecured Creditors | $4,231.79 | $0.00 | $0.00 |
| 2 | BUREAUS INVESTMENT GROUP PORTFOLIO N15 »» PLATINUM | Unsecured Creditors | $1,787.30 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» SYNCHRONY BANK | Unsecured Creditors | $1,547.77 | $0.00 | $0.00 |
| 4 | CREDIT FIRST NA »» FIRESTONE | Unsecured Creditors | $1,196.33 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE »» 2021-2023 EST TAXES | Priority Creditors<br>Hold Funds: Estimated | $42,780.90 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE »» 2015, 2018-2020 | Unsecured Creditors<br>Hold Funds: Estimated | $25,368.33 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $27,955.62 | $0.00 | $0.00 |
| 8 | NAVY FEDERAL CREDIT UNION »» 2020 HONDA CR-V | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» JC PENNEY | Unsecured Creditors | $8,832.22 | $0.00 | $0.00 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $194.17 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC »» COMENITY BANK/CAESARS REWARDS | Unsecured Creditors | $12,344.99 | $0.00 | $0.00 |
| 12 | Lakeview Loan Servicing, LLC »» P/15 LEIGHTON AVE/1ST MTG | Mortgage Arrears | $864.26 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-21209 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,540.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,770.00 |
| Paid to Trustee: | $300.90 | Arrearages: | $0.00 |
| Funds on Hand: | $3,239.10 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

