Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−21209−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Frederick L. Johnson
    15 Leighton Ave.
    Red Bank, NJ 07701

Social Security No.:
    xxx−xx−6273

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/8/25.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 9, 2025
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Frederick L. Johnson

      Debtor

Case No. 24-21209-MBK

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: Oct 09, 2025

User: admin

Form ID: 148

Page 1 of 3

Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Frederick L. Johnson, 15 Leighton Ave., Red Bank, NJ 07701-1212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2025 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2025 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520453204 | + EDI: CRFRSTNA.COM | Oct 10 2025 00:29:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 520453205 | + EDI: CRFRSTNA.COM | Oct 10 2025 00:29:00 | CFNA, Pob 81315, Cleveland, OH 44181-0315 |
| 520467320 | EDI: CRFRSTNA.COM | Oct 10 2025 00:29:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 520453202 | + EDI: CAPITALONE.COM | Oct 10 2025 00:29:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520453203 | + EDI: CAPITALONE.COM | Oct 10 2025 00:29:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520453206 | + Email/Text: bankruptcy.notifications@fisglobal.com | Oct 09 2025 20:43:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520453207 | + EDI: WFNNB.COM | Oct 10 2025 00:29:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520453208 | + EDI: WFNNB.COM | Oct 10 2025 00:29:00 | Comenitybank/trwrdsv, Po Box 182789, Columbus, OH 43218-2789 |
| 520453209 | Email/Text: bankruptcycourts@equifax.com | Oct 09 2025 20:42:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 520453210 | ^ MEBN | Oct 09 2025 20:39:06 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 520457161 | ^ MEBN | Oct 09 2025 20:40:05 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 520453211 | Email/Text: administrative@foundationfinance.com | Oct 09 2025 20:44:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 520453212 | + Email/Text: administrative@foundationfinance.com | Oct 09 2025 20:44:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 520453213 | EDI: IRS.COM | | |

District/off: 0312-3                             User: admin                                   Page 2 of 3
Date Rcvd: Oct 09, 2025                          Form ID: 148                                  Total Noticed: 38

|  |  |  | Oct 10 2025 00:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520526073 | ^ | MEBN |  |  |
|  |  |  | Oct 09 2025 20:39:11 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520453225 |  | Email/Text: camanagement@mtb.com |  |  |
|  |  |  | Oct 09 2025 20:43:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520453214 |  | Email/Text: camanagement@mtb.com |  |  |
|  |  |  | Oct 09 2025 20:43:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 520453215 | + | Email/Text: Mercury@ebn.phinsolutions.com |  |  |
|  |  |  | Oct 09 2025 20:41:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 520453216 | + | Email/Text: Mercury@ebn.phinsolutions.com |  |  |
|  |  |  | Oct 09 2025 20:41:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 520507994 | + | Email/Text: bankruptcydpt@mcmcg.com |  |  |
|  |  |  | Oct 09 2025 20:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520495657 | + | EDI: NFCU.COM |  |  |
|  |  |  | Oct 10 2025 00:29:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 520453217 | + | EDI: NFCU.COM |  |  |
|  |  |  | Oct 10 2025 00:29:00 | Navy FCU, Po Box 3700, Merrifield, VA 22119-3700 |
| 520453226 | + | EDI: NFCU.COM |  |  |
|  |  |  | Oct 10 2025 00:29:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 520496215 |  | EDI: PRA.COM |  |  |
|  |  |  | Oct 10 2025 00:29:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520458194 |  | EDI: Q3G.COM |  |  |
|  |  |  | Oct 10 2025 00:30:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520464173 |  | EDI: Q3G.COM |  |  |
|  |  |  | Oct 10 2025 00:30:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520453219 | + | EDI: SYNC |  |  |
|  |  |  | Oct 10 2025 00:29:00 | Synchrony Bank, Po Box 71729, Philadelphia, PA 19176-1729 |
| 520453218 | + | EDI: SYNC |  |  |
|  |  |  | Oct 10 2025 00:29:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520453220 | + | EDI: SYNC |  |  |
|  |  |  | Oct 10 2025 00:29:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520453221 | + | EDI: SYNC |  |  |
|  |  |  | Oct 10 2025 00:29:00 | Synchrony Bank/HHGregg, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520453222 |  | Email/Text: DASPUBREC@transunion.com |  |  |
|  |  |  | Oct 09 2025 20:41:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 520507232 | + | EDI: AIS.COM |  |  |
|  |  |  | Oct 10 2025 00:30:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520453224 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com |  |  |
|  |  |  | Oct 09 2025 21:05:07 | Wells Fargo Bank NA, Po Box 71092, Charlotte, NC 28272-1092 |
| 520453223 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com |  |  |
|  |  |  | Oct 09 2025 20:53:42 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520484563 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com |  |  |
|  |  |  | Oct 09 2025 20:53:44 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0312-3                           User: admin                                         Page 3 of 3
Date Rcvd: Oct 09, 2025                        Form ID: 148                                  Total Noticed: 38

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Frederick L. Johnson imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5